1  DOUGLAS A. WINTHROP (Bar No. 183532)
   douglas.Winthrop@arnoldporter.com
2  JOSEPH FARRIS (Bar No. 263405)
   joseph.Farris@arnoldporter.com
3  ANUSHKA PARIHAR (No. 366286)
   anushka.parihar@arnoldporter.com
4  **ARNOLD & PORTER KAYE SCHOLER LLP**
   Three Embarcadero Center, 10th Floor
5  San Francisco CA  94111-4024
   Telephone: (415)-471-3100
6  Facsimile:  (415)-471-3400

7  ALLYSON MYERS (Bar No. 342038)
   ally.myers@arnoldporter.com
8  MICHELLE BAN (No. 361012)
   michelle.ban@arnoldporter.com
9  **ARNOLD & PORTER KAYE SCHOLER LLP**
   777 S. Figueroa St. 44th Floor
10 Los Angeles, CA 90017
   Telephone: (213)-243-4000
11 Facsimile:  (213)-243-4199

12 *Attorneys for Defendant Adobe, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH LYON, individually and on behalf of similarly situated individuals,<br><br>                         Plaintiff,<br>         v.<br>ADOBE INC., a Delaware corporation,<br><br>                         Defendant. | Case No. 3:25-CV-10732-JSC<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER LR 3-12(b) AND 7-11(a)**<br><br>Dept.: Courtroom 8 – 19th Floor<br>Judge: Hon. Jacqueline Scott Corley<br><br>Date Filed: December 16, 2025<br><br>Trial Date: Not yet set |

1   Pursuant to Local Rules 3-12(b) and 7-11(a), Defendant Adobe Inc. ("Adobe") respectfully
2   submits this Unopposed Administrative Motion to Consider Whether Cases Should be Related,
3   and respectfully requests that this Court find that the instant action, *Lyon v. Adobe Inc.*, Case No.
4   5:25-cv-10732-JSC (filed December 16, 2025), is related to the following case: *Kleiner v. Adobe*
5   *Inc.*, Case No. 5:26-cv-01218-EKL (filed February 9, 2026) ("*Kleiner*").  Counsel for Adobe
6   conferred with counsel for the respective Plaintiffs in this action and in *Kleiner*.  Counsel for
7   Plaintiffs in both actions represented that they do not oppose the relief sought in this motion.
8   Declaration of Joseph Farris ¶¶ 2–3.

9   Civil Local Rule 3-12(a) provides that actions are related when "(1) [t]he actions concern
10  substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there
11  will be an unduly burdensome duplication of labor and expense or conflicting results if the cases
12  are conducted before different Judges."  Civ. L.R. 3-12(a).

13  *Kleiner* is related to the instant action because it involves similarly-situated plaintiffs
14  asserting the same cause of action against the same defendant based on the same set of events and
15  factual allegations, and seeks the same relief.  Adobe is the sole Defendant in both actions.  In
16  both cases, the Plaintiffs are book authors who allege a single claim of direct copyright
17  infringement under 17 U.S.C. § 501 based on Adobe's alleged use of the "SlimPajama" dataset to
18  train small language models referred to as "SlimLM."  *Compare* ECF No. 1 ¶¶ 5, 20–27 *with*
19  *Kleiner*, ECF No. 1 ¶¶ 5, 42, 50–53.  In both cases, Plaintiffs allege that the SlimPajama dataset
20  contained their copyrighted works.  *Compare* ECF No. 1 ¶ 25 *with Kleiner*, ECF No. 1 ¶¶ 51–52.
21  Finally, the Plaintiffs in both cases purport to assert copyright infringement on behalf of classes
22  that are defined in overlapping terms.  ECF No. 1 ¶ 29; *Kleiner*, ECF No. 1 ¶ 64.  The Plaintiffs in
23  both cases seek the same types of relief, including certification of proposed classes, an award of
24  statutory and other damages plus attorney's fees and costs, and injunctive and declaratory relief.
25  *Compare* ECF No. 1 at 9 *with Kleiner*, ECF No. 1 at 17–18.

26  Because the two cases involve the same parties, causes of action, and factual issues,
27  conducting the cases before different judges would cause "an unduly burdensome duplication of
28  labor and expense" and create a risk of "conflicting results."  L.R. 3-12.  The cases will raise

common legal issues and overlapping discovery. Thus, judicial economy and efficiency weigh in favor of relating the case. Adobe respectfully requests that the Court enter an order designating the instant case and *Kleiner* as related.

Dated: March 9, 2026

Respectfully submitted,

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ *Joseph Farris*
Douglas Winthrop
Joseph Farris
Ally Myers
Michelle Ban
Anushka Parihar
*Attorneys for Defendant*